1  WINTON & LARSON, LLP
   Steven W. Winton (State Bar No. 114425)
2  11770 Bernardo Plaza Court, Suite 255
   San Diego, CA 92128
3  Tel. (858) 385-0040 / Fax (858) 385-0050

4  BROWNE WOODS & GEORGE LLP
   Peter W. Ross (State Bar No. 109741)
5  Marta B. Almli (State Bar No. 177306)
   450 North Roxbury Drive, Seventh Floor
6  Beverly Hills, California 90210-4231
   Tel. (310) 274-7100 / Fax (310) 275-5697

7

8  LAW OFFICES OF GARY FREEDMAN
   Gary Freedman (State Bar No. 49922)
   1149 Third Street, Suite 200
9  Santa Monica, California 90403
   Tel. (310) 576-2444 / Fax (310) 576-2440

10

11 Attorneys for Plaintiff Brighton Collectibles, Inc.          **VIA FAX**

12                 UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

14

15 BRIGHTON COLLECTIBLES, INC.,          ) Case No.
   a California corporation,             )
16                                       ) **'06 CV 1848    JAH JMA**
                         Plaintiff,      )
                                         ) **COMPLAINT FOR:**
17        vs.                            )
                                         ) **(1)  COPYRIGHT**
18 COLDWATER CREEK, INC., a Delaware     )      **INFRINGEMENT**
   corporation; and Does 1 through 10,   )
19 inclusive,                            ) **(2)  TRADE DRESS**
                                         )      **INFRINGEMENT [15 U.S.C.**
20                       Defendants.     )      **§1125(a)];**
                                         )
21 _____  ) **(3)  FALSE DESIGNATION OF**
                                              **ORIGIN [15 U.S.C.§ 1125(a)]**
22
                                            **(4)  COMMON LAW UNFAIR**
23                                               **COMPETITION**

24                                          **(5)  STATUTORY UNFAIR**
                                               **COMPETITION**
25                                             **[Cal. Bus. & Prof. Code**
                                               **§§ 17200 *et seq.*]**
26
                                            **JURY TRIAL DEMANDED**
27

28

151243.1                    -1-
                         COMPLAINT

Plaintiff Brighton Collectibles, Inc., as and for its complaint against Defendants Coldwater Creek, Inc., and Does 1 through 10, alleges as follows:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction of this action under 28 U.S.C. §1332, in that it is a civil action between citizens of different states in which the amount in controversy exceeds $50,000, exclusive of interest and costs. This Court also has original jurisdiction of this action under 28 U.S.C. §§1331, 1337 and 1338 in that the claims herein arise under federal copyright laws (17 U.S.C. §101 et seq.). This Court has jurisdiction of the related state claims under 28 U.S.C. §1367(a).

2. This district is the proper venue for this action, as a substantial part of the events and omissions giving rise to the claims herein occurred in this district, and all defendants are subject to personal jurisdiction in this district.

## PARTIES

3. Plaintiff Brighton Collectibles, Inc. ("Brighton" or "Plaintiff") is a corporation organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles.

4. Plaintiff is informed and believes, and thereon alleges, that defendant Coldwater Creek, Inc. ("Coldwater") is a company organized and existing under the laws of the State of Delaware. Coldwater is a retailer of various products, including the infringing products at issue in this lawsuit, discussed in detail below. Plaintiff is further informed and believes, and thereon alleges, that Coldwater is qualified to do business, and is doing business, in this judicial district.

5. Plaintiff is unaware of the true names and capacities of defendants named herein as Does 1 through 10, inclusive, but is informed and believes, and thereon alleges, that each of the fictitiously named defendants engaged in, or is in some manner responsible for, the wrongful conduct alleged herein. Plaintiff therefore sues these defendants by such fictitious names and will amend this complaint to state their

151243.1

-2-
COMPLAINT

1   true names and capacities when such names have been discovered.  (Collectively,

2   Coldwater and Does 1 through 10 will be referred to herein as "Defendants.")

3       6.      Plaintiff is informed and believes that in doing the acts alleged herein,

4   each of the defendants was the agent, principal, employee, representative, or alter ego

5   of the other defendants and/or acted with one or more of the other defendants'

6   knowledge, consent, and approval, and acted within the course and scope of his

7   agency or representative capacity.  As such, each of the defendants is responsible for

8   the actions of the other defendants, as alleged herein.

9       7.      Plaintiff is informed and believes and on that basis alleges that each of

10   the defendants has advertised, sold and/or distributed their infringing goods in this

11   judicial district.

12                    **GENERAL ALLEGATIONS**

13   **A.      Brighton Is A Leading Manufacturer of Women's Fashion Accessories.**

14       8.      Plaintiff designs and manufactures women's fashion accessories,

15   including handbags, wallets, belts, sunglasses, watches, jewelry and other products

16   that sell under the trademark "Brighton."  For more than 20 years, Plaintiff has been

17   continuously engaged in designing, manufacturing, distributing, and selling its

18   "Brighton" fashion accessories nationwide and has expanded from five employees to a

19   work force that now includes over 600 people employed at a factory in the City of

20   Industry, California, as well as other personnel around the country.

21       9.      Over the years that Plaintiff has been in existence, its fashion accessories

22   have gained a nationwide reputation for style and quality.  Plaintiff is an

23   acknowledged industry leader, recognized for unique and innovative styling,

24   outstanding workmanship and the use of high quality materials.  Plaintiff sells its

25   accessories through small "specialty" or "boutique" stores, not in discount stores.

26       10.      Since the early 1990s, the "Brighton" line of fashion accessories has

27   continuously featured a distinctive trade dress which includes rare and costly leather

28   elements, filigreed and silver-plated metal parts and ornamentation, and the prominent

151243.1

-3-

COMPLAINT

1  use of a heart emblem.  (Representative samples of handbags, wallets and similar

2  products bearing the Brighton trade dress are attached hereto as Exhibit C and are

3  incorporated herein by this reference.)

4       11.   Plaintiff has also created and is the exclusive owner of copyrights to

5  designs used in connection with its fashion accessories, such as the "Carolina" design,

6  VA972-295, registered with the Copyright Office effective September 28, 1998.

7  (Hereinafter, the "Copyrighted Design.") A copy of the foregoing copyright

8  registration is attached hereto as Exhibit A and incorporated herein by this reference.

9       12.   Since the early 1990s, Plaintiff's Brighton products have been, and

10  continue to be, extensively advertised and sold throughout the United States.  As a

11  result of Plaintiff's sales and advertising, in the minds of consumers, Plaintiff's

12  copyrighted designs and the distinctive trade dress of Plaintiff's Brighton products

13  have come to symbolize Brighton goods.  Plaintiff's copyrights and trade dress have

14  thus become, and are, valuable assets of Plaintiff symbolizing Plaintiff, its high quality

15  goods, and its goodwill.

16  **B.**   **Defendants' Knock-offs.**

17       13.   Plaintiff is informed and believes, and thereon alleges, that Defendants,

18  having recognized the consumer awareness and goodwill associated with Plaintiff's

19  Brighton fashion accessories, conspired to usurp that goodwill for themselves by

20  designing, manufacturing, marketing and/or selling, without the permission or

21  knowledge of Plaintiff, cheap imitations of Brighton handbags and wallets that copy

22  the Brighton trade dress and use the Brighton copyrights.

23       14.   Pictures of various products designed, manufactured, marketed and/or

24  sold by Defendants that infringe Brighton's trade dress and its Carolina copyright, and

25  of some of Brighton's products that have been copied by Defendants are attached

26  hereto as Exhibits B and C, respectively, and are incorporated herein by this reference.

27       15.   On information and belief, Coldwater sells these products online and

28  through their Coldwater Creek stores, including Coldwater Creek stores in San Diego

151243.1

-4-

COMPLAINT

1   County, to consumers. On information and belief, these infringing products are

2   marketed and sold at prices significantly below those charged for Brighton goods by

3   specialty or boutique stores.

4        16.   Plaintiff is informed and believes, and thereon alleges, that Coldwater

5   intentionally designs, manufactures, markets and/or sells products to resemble

6   Brighton products so closely that consumers are likely to be, and in fact have been,

7   confused as to the source of Coldwater's goods and have bought those goods on the

8   assumption that they were manufactured or distributed by Plaintiff.

9        17.   Plaintiff is informed and believes that Defendants were at all times aware

10   that their products resemble Brighton products so closely that consumers are likely to

11   be, and in fact have been, confused as to the source of the goods and have bought

12   those goods on the assumption that they were manufactured or distributed by Plaintiff.

13   Plaintiff is informed and believes that this resemblance is precisely the reason why

14   Defendants market and sell their products.

15        18.   Plaintiff is informed and believes and thereon alleges that each of the

16   Defendants has received a direct financial benefit from marketing and selling products

17   incorporating Plaintiff's Brighton copyrights and trade dress, in an amount that is

18   unknown to Plaintiff.

19        19.   Plaintiff is informed and believes and thereon alleges that Coldwater's

20   products are inferior in quality to Plaintiff's products, and consumers who have

21   purchased Coldwater's products, believing them to be Plaintiff's, have been

22   disappointed by the quality of those products. As a result, Defendants' marketing,

23   sale and distribution of the infringing products have damaged and will continue to

24   damage Plaintiff's reputation and goodwill.

25        20.   Plaintiff is informed and believes and thereon alleges that Defendants'

26   marketing, sale and distribution of products that copy the Brighton copyrights and

27   trade dress have also damaged Plaintiff in that Plaintiff has lost sales and profits.

28

151243.1

1     21.   Defendants' acts have caused and will continue to cause irreparable harm
2   and injury to Plaintiff for which Plaintiff has no adequate remedy at law.
3   Accordingly, Defendants should be enjoined and restrained from directly or indirectly
4   manufacturing, distributing, importing, exporting, advertising, offering for sale or
5   selling any products that copy Plaintiff's copyrights or trade dress.  Pursuant to 15
6   U.S.C. § 1116, Plaintiff is therefore entitled to a preliminary and permanent injunction
7   against Defendants' continuing acts of infringement.  Plaintiff is further entitled to an
8   order impounding and destroying all infringing products in Defendants' possession,
9   custody or control.

10

11                            **FIRST CLAIM FOR RELIEF**

12              **(Against all Defendants for Copyright Infringement)**

13     22.   Plaintiff realleges and incorporates herein by reference each and every
14   allegation set forth above in paragraphs 1 through 21, inclusive.

15     23.   Plaintiff has complied in all respects with the copyright laws of the
16   United States, 17 U.S.C. §101 et seq., and has secured the exclusive rights and
17   privileges in and to the Copyrighted Design.

18     24.   Defendants had access to Plaintiff's Copyrighted Design, as established
19   by, among other things, the widespread availability of pictures of Plaintiff's products
20   (including on its website and in catalogs), the fact that Plaintiff's products are well-
21   known in the industry, and the fact that Plaintiff's products are sold throughout the
22   country.

23     25.   Defendants have infringed the copyright in the Copyrighted Design by
24   incorporating substantially similar designs into their products, and marketing and
25   selling their products to consumers, without Plaintiff's permission.

26     26.   Defendants have infringed the Copyrighted Designs wilfully.

27     27.   By virtue of Defendants' willful infringement, Plaintiff is entitled to
28   statutory damages or to its actual damages and Defendants' profits, whichever are

151243.1

-6-
COMPLAINT

1  higher.  Plaintiff will elect whether or not to seek statutory damages prior to final

2  judgment.  Plaintiff is also entitled to attorneys' fees by virtue of Defendants'

3  infringement.

4      28.  Defendants' acts have caused and will continue to cause irreparable harm

5  to Plaintiff unless restrained by this Court.  Plaintiff has no adequate remedy at law.

6  Accordingly, Plaintiff is entitled to an order enjoining and restraining Defendants,

7  during the pendency of this action and permanently thereafter, from manufacturing,

8  distributing, importing, exporting, marketing, offering for sale or selling the infringing

9  products.

10

11                    **SECOND CLAIM FOR RELIEF**

12    **(Against all Defendants for Trade Dress Infringement, 15 U.S.C. § 1125(a)(3))**

13      29.  Plaintiff realleges and incorporates herein by reference each and every

14  allegation set forth above in paragraphs 1 through 28, inclusive.

15      30.  The elements of Plaintiff's distinctive trade dress are rare and costly

16  leathers (*e.g.*, alligator, snake skin, lizard skin, and high grade cowhide), filigreed,

17  sculpted, silver-plated hardware, and silver hearts.  The overall visual impression that

18  the combination and arrangement of these elements create is aesthetic, not functional.

19      31.  Plaintiff's trade dress has acquired a secondary meaning.  Plaintiff has

20  been selling products with its distinctive trade dress since the early 1990s.  Further,

21  Plaintiff has spent tens of millions of dollars to advertise and promote its products.  As

22  a result, consumers routinely use the phrases "Brighton look" and "Brighton style"

23  when referring to Plaintiff's products.

24      32.  Plaintiff is informed and believes, and thereon alleges, that Defendants

25  have been designing, marketing, offering for sale and selling handbags and wallets

26  that incorporate Plaintiff's Brighton trade dress.

27

28

151243.1

1    33.   Defendants are not now, and never have been, authorized by Plaintiff to
2  use Plaintiff's trade dress or any confusingly similar trade dress in connection with the
3  marketing and/or sale of Defendants' goods.

4    34.   Defendants' marketing and sale of copies of Brighton handbags and
5  wallets is likely to cause confusion, mistake, and/or deception among consumers as to
6  the source, quality, and nature of Defendants' goods.

7    35.   Plaintiff is informed and believes and thereon alleges that as a proximate
8  result of the unfair advantage accruing to Defendants' business from deceptively
9  trading on Plaintiff's advertising, sales, and consumer recognition, Defendants have
10  made substantial sales and profits in amounts to be established according to proof.

11    36.   As a proximate result of the unfair advantage accruing to Defendants'
12  business from deceptively trading on Plaintiff's advertising, sales, and consumer
13  recognition, Plaintiff has been damaged and deprived of substantial sales of its
14  Brighton fashion accessories and has been deprived of the value of its trade dress as a
15  commercial asset, in amounts to be established according to proof.

16    37.   Plaintiff is informed and believes, and thereon alleges that, unless
17  restrained by the Court, Defendants will continue to infringe Plaintiff's Brighton trade
18  dress, thus engendering a multiplicity of judicial proceedings, and that pecuniary
19  compensation will not afford Plaintiff adequate relief for the damage to its trade dress
20  in the public perception.  Further, Plaintiff is informed and believes, and thereon
21  alleges, that in the absence of injunctive relief, customers are likely to continue being
22  mistaken or deceived as to the true source, origin, sponsorship, and affiliation of
23  Defendants' goods.

24    38.   Plaintiff is informed and believes, and thereon alleges, that Defendants'
25  acts were committed, and continue to be committed, with actual notice of Plaintiff's
26  exclusive rights and with an intent to cause confusion, to cause mistake, and/or to
27  deceive, and to cause injury to the reputation and goodwill associated with Plaintiff
28  and its products.  Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to

151243.1

-8-
COMPLAINT

1  recover three times its actual damages or three times Defendants' profits, whichever is

2  greater, together with Plaintiff's attorneys' fees.  In addition, pursuant to 15 U.S.C. §

3  1118, Plaintiff is entitled to an order requiring destruction of all infringing products

4  and promotional materials in Defendants' possession.

6  ### THIRD CLAIM FOR RELIEF

7  **(Against all Defendants for False Designation of Origin, 15 U.S.C.§ 1125(a))**

8      39.    Plaintiff realleges and incorporates herein by reference each and every

9  allegation set forth above in paragraphs 1 through 38, inclusive.

10      40.    Defendants have caused to enter into interstate commerce products that

11  copy the Brighton trade dress and elements thereof (including but not limited to the

12  Brighton heart logo).  Plaintiff's trade dress, and each copied element thereof, have

13  become associated in the minds of consumers with Plaintiff and its Brighton goods.

14      41.    The design, marketing and sale of Defendants' products as described

15  above constitutes false designations of origin which are likely to cause confusion and

16  mistake and to deceive consumers as to the source or origin of such goods or

17  sponsorship or approval of such goods by Plaintiff.

18      42.    Plaintiff is informed and believes, and thereon alleges, that as a proximate

19  result of Defendants' false designation of the origin of their goods, Defendants have

20  made substantial sales and profits in amounts to be established according to proof.

21      43.    Plaintiff is informed and believes, and thereon alleges, that as a proximate

22  result of Defendants' false designation of the origin of their goods, Plaintiff has been

23  damaged and deprived of substantial sales of its Brighton fashion accessories and has

24  been deprived of the value of its trade dress as commercial assets, in amounts to be

25  established according to proof.

26      44.    Plaintiff is informed and believes, and thereon alleges, that unless

27  restrained by this Court, Defendants will continue to designate falsely the origin of

28  their goods, causing irreparable damage to Plaintiff and engendering a multiplicity of

151243.1

-9-
COMPLAINT

1  lawsuits. Pecuniary compensation will not afford Plaintiff adequate relief for its

2  resulting damages. Further, Plaintiff is informed and believes, and thereon alleges,

3  that in the absence of injunctive relief, customers are likely to continue being mistaken

4  or deceived as to the true source, origin, sponsorship, and affiliation of Defendants'

5  goods.

6      45.   Plaintiff is informed and believes, and thereon alleges, that Defendants'

7  acts were committed, and continue to be committed, with actual notice of Plaintiff's

8  exclusive rights and with an intent to cause confusion, to cause mistake, and/or to

9  deceive, and to cause injury to the reputation and goodwill associated with Plaintiff

10  and its products. Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to

11  recover three times its actual damages or three times Defendants' profits, whichever is

12  greater, together with Plaintiff's attorneys' fees. In addition, pursuant to 15 U.S.C. §

13  1118, Plaintiff is entitled to an order requiring destruction of all infringing products

14  and promotional materials in Defendants' possession.

15

16                    **FOURTH CLAIM FOR RELIEF**

17            **(Against all Defendants for Common Law Unfair Competition)**

18      46.   Plaintiff realleges and incorporates herein by reference each and every

19  allegation set forth above in paragraphs 1 through 45, inclusive.

20      47.   Plaintiff's trade dress has acquired a secondary meaning, as established

21  herein.

22      48.   Defendants have, as established herein, copied Plaintiff's trade dress in

23  their products.

24      49.   Plaintiff and Defendants are business competitors.

25      50.   By reason of the similarity between Plaintiff's products and Defendants'

26  products, the public is likely to identify Defendants' products as those of Plaintiff, or

27  to conclude that Plaintiff has some connection with the production of Defendants'

28  products.

1   51.   Defendants' conduct, as alleged herein, is unfair and unlawful.

2   52.   Defendants' acts alleged herein have caused Plaintiff to lose profits and

3   caused additional damage to Plaintiff's reputation and goodwill.  The precise amount

4   of Plaintiff's damages is presently unknown but will be established according to

5   proof.

6   53.   Plaintiff is informed and believes and thereon alleges that as a direct and

7   proximate result of Defendants' wrongful conduct as described above, Defendants

8   have gained revenue and profits.

9   54.   Plaintiff has no adequate remedy at law for the injury that will be caused

10   by Defendants' acts of unfair competition and/or fraudulent business practices.

11   Accordingly, Plaintiff is entitled to preliminary and permanent injunctions restraining

12   Defendants, their officers, agents, and employees, and all persons acting in concert

13   with them, from further engaging in acts of unfair competition against Plaintiff and its

14   products.

15   55.   Plaintiff is informed and believes, and thereon alleges, that Defendants

16   committed the foregoing acts with the intention of depriving Plaintiff of its legal

17   rights, with oppression, fraud, and/or malice, and in conscious disregard of Plaintiff's

18   rights.  Plaintiff is, therefore, entitled to an award of exemplary damages, according to

19   proof.

20

21   **FIFTH CLAIM FOR RELIEF**

22   **(Against all Defendants for Unfair Competition –**

23   **Bus. & Prof. Code §17200 et seq.)**

24   56.   Plaintiff realleges and incorporates herein by reference each and every

25   allegation set forth above in paragraphs 1 through 55, inclusive.

26   57.   Defendants' conduct as alleged herein constitutes unfair, unlawful, and

27   fraudulent business practices prohibited by §§ 17200 *et seq*. and §§ 17500 *et seq*. of

28   the *California Business & Professions Code.*

151243.1

-11-
COMPLAINT

58.   Plaintiff is informed and believes and thereon alleges that as a direct and proximate result of Defendants' wrongful conduct as described above, Defendants have gained property and revenues properly belonging to Plaintiff.  Plaintiff therefore seeks restitution of these amounts.  Plaintiff also seeks injunctive relief restraining Defendants, their officers, agents, and employees, and all persons acting in concert with them, from further engaging in acts of unfair competition and/or fraudulent business acts against Plaintiff and its products.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1.   For preliminary and permanent injunctions enjoining and restraining Defendants, their agents, employees, representatives, partners, joint venturers and/or anyone acting on behalf of, or in concert with, Defendants, or any of them, from:

A.   designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting products that copy Plaintiff's trade dress or so closely resemble the Plaintiff's trade dress as to create a likelihood of confusion, mistake, or deception; and/or

B.   designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising or promoting any products that incorporate designs substantially similar to the Copyrighted Design;

C.   representing or implying, directly or indirectly, to retailers, customers, distributors, licensees, or any other customers or potential customers of Defendants' products that Defendants' products originate with, are sponsored, endorsed, or licensed by, or are otherwise associated or affiliated with Plaintiff;

2.   For an order requiring the destruction of all Defendants' infringing goods and all marketing, advertising, or promotional materials depicting Defendants' infringing goods;

151243.1

3.      For an accounting of all profits obtained by Defendants from sales of the infringing goods and an order that Defendants hold all such profits in a constructive trust for the benefit of Plaintiff;

4.      For an award to Plaintiff of all profits earned by Defendants from the sale of infringing goods;

5.      For restitution to Plaintiff of all property and revenues obtained by Defendants through their acts of unfair competition;

6.      For statutory damages according to proof;

7.      For compensatory damages according to proof;

8.      For exemplary and multiple damages according to proof;

9.      For prejudgment interest on all damages awarded by this Court;

10.     For an award of attorneys' fees;

11.     For costs of suit incurred herein; and

12.     For such other and further relief as the Court deems just and proper.

Dated:  September 12, 2006          WINTON & LARSON, LLP
                                    Steven W. Winton

                                    BROWNE WOODS & GEORGE LLP
                                    Peter W. Ross
                                    Marta B. Almli

                                    LAW OFFICES OF GARY FREEDMAN
                                    Gary Freedman

                                    By  *Steven W Winton*
                                        Steven W. Winton

                                    Attorneys for Plaintiff Brighton Collectibles, Inc.

complaint.coldwater.wpd

-13-
COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: September 12, 2006

WINTON & LARSON, LLP
Steven W. Winton

BROWNE WOODS & GEORGE LLP
Peter W. Ross
Marta B. Almli

LAW OFFICES OF GARY FREEDMAN
Gary Freedman

By _____Steven W. Winton_____
Steven W. Winton

Attorneys for Plaintiff Brighton Collectibles, Inc.

-14-
COMPLAINT

Exhibit A



Carolina

Wo125 Brown

Twin scrolled
hearts do
double time
on this romantic
watch shown
on a croco
strap.

# EXHIBIT A

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

or a Work of the Visual Arts
TED STATES COPYRIGHT OFFICE

**VA 972-295**

*₩₩₩₩8800972295₩*

**FFECTIVE DATE OF REGISTRATION**

Sept. 28   1998
Month   Day   Year

NTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**

Carolina

**NATURE OF THIS WORK ▼** See Instructions

Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

465pr

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

---

**2**

**a**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No.

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

nder the law, the "author" of "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

Leegin Creative Leather Products, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼Year in all cases.
98

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶ 1   Day ▶ 1   Year ▶ 98
ONLY if this work has been published.
◀ Nation

**APPLICATION RECEIVED**
SEP 28 1998

**ONE DEPOSIT RECEIVED** ◀
SEP 28 1998

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City Of Industry, Ca 91746

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ee Instructions before completing is space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | FORM VA |
| --- | --- |

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ **No** If your answer is "Yes." why is another registration being sought? (Check appropriate box) ▼

This is the first published edition of a work previously registered in unpublished form.

This is the first application submitted by this author as copyright claimant.

This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼         Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Sheri Rogers
14022 Nelson Avenue
City Of Industry, CA 91745

Area Code and Telephone Number ▶   **626-961-9381**

**7**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☑ only one ▼

author
other copyright claimant
owner of exclusive right(s)
☑ authorized agent of   **Leegin Creative Leather Products, Inc.**
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**SHERI ROGERS**         Date▶ **9-21-98**

**8**

Handwritten signature (X) ▼

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

Certificate
will be
mailed in
window
envelope

Name ▼
Sheri Rogers
Number/Street/Apt ▼
14022 Nelson Ave
City/State/ZIP ▼
City of Industry, Ca 91745

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
1995—300,000         ☆U.S. COPYRIGHT OFFICE WWW FORM: 1995



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **CAROLINA** deposited in the Copyright Office with claim of copyright registered under number **VA 972-295.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 29, 2000.

Marybeth Peters
Register of Copyrights

By: Charles Roberts
Head
Certifications and Documents
Section
Information and Reference
Division



( )CAROLINA     VA 972-295

LIBRARY OF CONGRESS
SEP 28 1990
COPYRIGHT OFFICE

W312X

SPRING 98   $40?

| STYLE | LEATHER | RAW MATERIAL | FABRIC ASIA Commercial Watch "Carolina" $4.95 pr | RAW MATERIAL | 6. EDGE DYE | 9. THREAD TOP 10. BOTTOM 11. SPI | OTHER | | COLOR CODE |
|---|---|---|---|---|---|---|---|---|---|
| W3125 | | | round dial case, nickel 3k mvmt | 65-6130 | | | | | BRN |
| | | | glossy white dial | | | | | | |
| | | | white numl, diamond | | | | | | |
| | | | at cntrs, round | | | | | | |
| | | | set hour @ 3,6,9 sec | | | | | | |
| | | | hand @ 12, short | | | | | | |
| | | | minute dial, brn | | | | | | |
| | | | croco-strap, | | | | | | |
| | | | cities wr warrant | | | | | | |
| | | | (.003") | | | | | | |

| Duty Rate: 6% | Duty: Case: | Shmpg Cost-# Duty-# | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cased 5.390 | Movement: citizen #418 | 5.30 .81's | | | | Duty: | | .84 |
| 2.870 or tidal | Battery: | 1.70 .44 | | | | ppr pts | | .10 |
| 14% all tidal | Strap: | 1.00 .016 | | | | Watch Bat: | | .25 |
| | | 2.60 .67 | | | | | | |
| | | .638 | | | | total "other cost" | | 1.19 |

| 2. Strap Cutting | 17. Bkl End | #1 DESCRIPTION | PG | SEQ | RAW MAT# | STD | Y/N | USG | REL |
|---|---|---|---|---|---|---|---|---|---|
| | | Belt | | | | | | | |
| | 18. Stamping | | | | | | | | |
| 3. Loop | 19. Spec Inst #1 | | | | | | | | |
| 4. Tip End | | | | | | | | | |
| 5. Embossing | 20. Antique | #2 Insert Asia Commercial Watch Carolina | 1/1 | 001 | see 65-Above | 1.0 | Y | 1.0 | Y |
| 7. Dyeing | 21. Spec Inst #2 | Fabric "Carolina" @ $4.70 | | | | | | | |
| | | Buckle | | | | | | | |
| 9. Finish | 22. Splitter Top | Loop | | | | | | | |
| | | Tip Brighton Watch Customer Card-Paper | 1/1 | 002 | 11-0270 | 1.0 | Y | 1.0 | Y |
| 12. Skive Top | 23. Bottom | Other Brighton Watch Warranty | 1/1 | 003 | 11-4040 | 1.0 | Y | 1.0 | Y |
| 13. Skive Bottom | | Cap/Rivet | | | | | | | |
| | | Socket | | | | | | | |
| 14. Spec Inst #3 | 24. Bevel | Stud | | | | | | | |
| 15. Sizing | 25. Spec Inst #4 | Post Asst Big Box White Plastic Band | 1/1 | 006 | 11-1900 | 2.0 | N | 2.0 | N |
| | | Hangtag Per Box Label | 1/1 | 005 | 07-1180 | 1.0 | N | 1.0 | N |
| 18. Applique | | Boxes Tin Box & Insert | 1/1 | 004 | 08-0760 | 1.0 | Y | 1.0 | Y |
| | | Special Instructions | | | | | | | |

11-2897

100

Exhibit 8



bring this card
to any of our stores
or use it to shop
online or by phone

TAKE
$25 off
YOUR NEXT HANDBAG
PURCHASE OF $100 OR MORE

**Coldwater Creek**

coldwatercreek.com / 1-800-787-9196

cover:
REVERSIBLE JACKET
[H08122] $79

SWEATER
[H08070] $49

MOLESKIN PANT
[R01867] $59

NECKLACE
[H90150] $125

facing page
JACKET
[H37972] $79

SHIRT
[R23070] $49

MOLESKIN PANT
[R01867] $59

SCARF
[H90177] $39

this page
WATCH
[H80074] $79

HEART TOTE
[H90070] $49

HEART BAG
[H90089] $39

HEART ORGANIZER
[H90115] $29



# Coldwater Creek

misses petites women's / stores catalogs online

EXHIBIT B

# Coldwater Creek

Home    My Account    View Cart    Customer Service    Instant Help

Misses  |  Petites  |  Women's  |  Jewelry & Accessories  |  Home & Gifts  |  Outlet
XS-XXL     PXS-PXL     1X-3X

Search [ Product or item number ] Go

## Accessories

PREVIOUS PAGE    VIEW CART    CHECKOUT



**Tuscan straw purse**
$39.00

Ultra-portable purse with mock croc trim and a single heart; pocketed linings. About 10 x 6 1/4 inches. 9 1/2 inch drop strap. Imported. [H90515]

See detail view.

Sizing & More Information          Send a hint

Qty
1

Size
N/A

Color
Cognac (175)

ADD TO CART



See detail view.    Send a hint

PREVIOUS PAGE    VIEW CART    CHECKOUT



 *Coldwater Creek*

Home    My Account    View Cart    Customer Service    Instant Help

| Misses | Petites | Women's | Jewelry & Accessories | Home & Gifts | Outlet |
| XS-XXL | PXS-PXL | 1X-3X | | | |

Search  Product or item number  Go

## Accessories

PREVIOUS PAGE   VIEW CART   CHECKOUT



🔍 See detail view

**Tuscan straw handbag**
$49.00

Heart-closed handbag with mock croc trim.
Perfectly positioned end pouches snap shut.
Pocketed linings. Braided handles have a 9
inch drop. About 12 x 8 inches. Imported.
[H90514]

Sizing & More Information          Send a hint

Qty
1

Size
N/A

Color
Black (030) 

ADD TO CART

🔍 See detail view   Send a hint

PREVIOUS PAGE   VIEW CART   CHECKOUT



## Coldwater Creek

Home    My Account    View Cart    Customer

| Misses | Petites | Women's | Jewelry & Accessories | Home & Gifts |
| XS-XXL | PXS-PXL | 1X-3X | | |

Search  Product or item number   Go

## Accessories

PREVIOUS PAGE   VIEW CART   C



See detail view

**Perfect-size straw bag**
$39.00

Faux leather mock-croc trim and heart-studded magnetic flap. 26 in. braided strap. Zip top; cotton twill lining with compartments. About 14 x 7 1/2 x 8 1/2 in. Imported. [H90374]

More Information    Send a hint

Qty
1

Size
N/A

Color
Black



See detail view  |  Send a hint

PREVIOUS PAGE   VIEW CART   C

*Coldwater Creek*

□ <u>Close window</u>



*Coldwater Creek*

□ <u>Close window</u>



Home   My Account   View Cart   Customer

| Misses | Petites | Women's | Jewelry & Accessories | Home & Gifts |
Search [Product or item number]  Go   XS-XXL   PXS-PXL   1X-3X

## Accessories

PREVIOUS PAGE   VIEW CART





$+$ See detail view

**Leather bag**
$55.00

Two slip and three zip pockets. Pen loops and removable key ring. 13 x 7 3/4 x 4 in. interior. Braided 24 in. shoulder straps. Magnetic clasp. Fully lined. Imported. [H99919]

**More Information**   **Send a hint**

Qty
[1]

Size
N/A

Color
[Red ( 

ADD

$+$ See detail view  | Send a hint

PREVIOUS PAGE   VIEW CART

*Coldwater Creek*

□ <u>Close window</u>



*Coldwater Creek*

□ <u>Close window</u>


## Coldwater Creek

Home    My Account    View Cart    Customer

Search [Product or item number]  Go

| Misses | Petites | Women's | Jewelry & Accessories | Home & Gifts |
| XS-XXL | PXS-PXL | 1X-3X |

## Accessories

PREVIOUS PAGE | VIEW CART | C



⊕ See detail view

**Heart organizer**
$29.00

Jute organizer purse with tooled leather and silvertone accents. Velcro back pocket. 7 1/2 x 5 x 3 in. with 47 in. l. straps. Imported. [H97877]

**More Information**    **Send a hint**

Qty
[1 ▼]

Size
N/A

Color
Natura

ADD

⊕ See detail view   | Send a hint

PREVIOUS PAGE | VIEW CART | C

*Coldwater Creek*

□ <u>Close window</u>



*Coldwater Creek*

□ <u>Close window</u>

# *Coldwater Creek*

Home   My Account   View Cart   Customer Service   Instant Help

Misses | Petites | Women's | Jewelry & Accessories | Home & Gifts | Outlet
XS-XXL   PXS-PXL   1X-3X

Search | Product or item number | Go

## Accessories

PREVIOUS PAGE   VIEW CART   CHECKOUT



**Uptown straw bag**
$49.00

Mock-croc trim on a two-tone straw bag. Zip top, magnetic flap. Corded braiding handles with 7 in. drop. Detachable 40 in. shoulder strap. About 15 x 8 in. Imported. [H90375]

See detail view

Sizing & More Information          Send a hint

Click color options



Qty
1

Size
N/A

Color
Black (030)

ADD TO CART

See detail view | Send a hint

PREVIOUS PAGE   VIEW CART   CHECKOUT



## Coldwater Creek

Home   My Account   View Cart   Customer Service   Instant Help

Search [Product or item number] Go

Misses | Petites | Women's | Jewelry & Accessories | Home & Gifts | Outlet
XS-XXL   PXS-PXL   1X-3X

## Outlet ▶ Accessories

PREVIOUS PAGE   VIEW CART   CHECKOUT



**Multi-texture tote**
Was $49.00 | Now $19.99

Tri-color paper straw with faux leather trim.
Magnet-fastened, black croc mini-purse on
front. Braided cord double 21 in. handles.
Zip top. About 15 x 10 in. Imported. [H90460]
Sizing & More Information



Qty
1

Size
N/A

Color
Multicolor (999)

ADD TO CART

See Detail View

See Detail View

PREVIOUS PAGE   VIEW CART   CHECKOUT



RECYCLED

# *Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist                    In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Liza Organizer Shoulderbag

**Liza**
Black-Chocolate

**Style #**H90899

It's the popular new Loretta bag's little sister - with outside pockets like the Hudson organizer.

10.5"-23" adjustable shoulder strap, inside zippered pocket, key holder, two zip top closures, front pocket with magnetic flap, cel phone pocket, back pocket with magnetic closure, custom Brighton scroll lining.

9.5"W x 7"H x 3"D

**Suggested Retail Price:** $230.00

You may also like these styles:



Laverne Organizer Bag



Liza Organizer Shoulderbag



Precia Granola and Croc Mule



Add to My Wishlist        Clear

EXHIBIT C

# Brighton

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Traditional Handbags  >

## Liza Organizer Shoulderbag

Liza
Tobacco

**Style** #H90895

It's the popular new Loretta bag's little sister - with outside pockets like the Hudson organizer.

10.5"-23" adjustable shoulder strap, inside zippered pocket, key holder, two zip top closures, front pocket with magnetic flap, cel phone pocket, back pocket with magnetic closure, custom Brighton scroll lining.

9.5"W x 7"H x 3"D

**Suggested Retail Price:** $230.00

### You may also like these styles



French Kiss Organizer



French Kiss Coin Purse



Lorna Large Handbag

Add to My Wishlist     Clear



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist                                          In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Fabric Handbags  >

### Mevelyn Microfiber Carrier



**Mevelyn**
Red

**Style #**H50157

Mevelyn Microfiber Carrier

13" straps, inside zippered pocket, cell phone pocket, key holder, zip top

15"W x 10.5"H x 5"D

**Suggested Retail Price:** $145.00

**You may also like these styles**



Mevelyn Micro fiber Carrier



Jamie Signature Shoulder Bag



Gabriela Small Tennis Bag

Add to My Wishlist     Clear

# Brighton

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog  >  Handbags  >  Contemporary Handbags  >

## Amelia Croco Shoulderbag



**Amelia**
Black

**Style #**H30763

A pretty new twist on enameled heart hardware.

8.5" strap, inside zippered pocket, key holder, front pocket, flap with magnetic closure, custom Brighton scroll lining.

9.00"W x 6.000"H x 2.0"D

**Suggested Retail Price:** $180.00

**You may also like these styles**



Sausalito French Wire Earrings



Amelia Croco Shoulderbag



Sausalito Bracelet

Add to My Wishlist    Clear

# Brighton

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

**View My Wishlist**

In All Categories

**Search Products**

Wishlist Catalog  >  Handbags  >  Contemporary Handbags  >

## Charlene Large Shoulder Bag



**Charlene**
Black-Chocolate

**Style #**H30559

This new contemporary silhouette features two exterior cell phone pockets and a full zippered top..

8.5" round braid straps, two exterior cell phone pockets, full zippered top, zippered back pocket, interior pocket system

12"W x 9.5"H x 4.5"D

**Suggested Retail Price:** $260.00

**You may also like these styles**



Capri Heart Coin Purse



Capri Heart French Wire Earrings



Paulette Patent Hobo

**Add to My Wishlist**   **Clear**

# *Brighton*

*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

View My Wishlist

In All Categories

Search Products

Wishlist Catalog > Handbags > Traditional Handbags >

## Caroline Classic Tote








**Caroline**
Black/Brown

**Style #**03857

Caroline Classic Tote

15" straps, inside zippered pocket, magnetic snap closure, back pocket

9.5"W x 11"H x 4"D

**Suggested Retail Price:** $235.00

**You may also like these styles**



Caroline Clip



Caroline Lipstick Case



Caroline Braid Checkbook



Add to My Wishlist | Clear



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration | Products | Events | Store Locator | E-Cards | Wishlist | Heart2Heart | Company History | Contact | FAQ | Employment

View My Wishlist

In All Categories 

Search Products

Wishlist Catalog   >   Wallets   >   Large Ladies Wallets   >

## Montmartre Large Wallet

**Montmartre**
Tobacco

**Style #**T31325

Handlaced detailing and large - scale croco for casual elegance!

**Suggested Retail Price:** $131.00



**You may also like these styles**



Montmartre Bracelet



Montmartre Medium Wallet



Montmartre Coin Purse



Add to My Wishlist | Clear



*Whatever your style, personality, career, or mood, Brighton accessories are designed for you!*

Heartbeat Registration   Products   Events   Store Locator   E-Cards   Wishlist   Heart2Heart   Company History   Contact   FAQ   Employment

View My Wishlist                    In All Categories

Search Products

Wishlist Catalog   >   Handbags   >   Straw Handbags   >

## Phyllis Straw Shoulderbag



**Phyllis**
Black

**Style #H70263**

A shapely, updated version of the Peggy Straw Tote

9.5" strap, 2 inside pockets, key holder, flap with magnetic closure, ladybug print lining, twisted paper straw shell.

12.5"W x 7.25"H x 3.25"D

**Suggested Retail Price:** $100.00

**You may also like these styles**



Ellery Straw Shoulderbag



Peggy Straw Box Tote



Tye Crochet Straw Tote

 

Add to My Wishlist      Clear

JS44
(Rev. 07/89)

**VIA FAX**

**CIVIL COVER SHEET**

FILED

2006 SEP 12  PM 4: 28

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**I.(a) PLAINTIFFS**

Brighton Collectibles, Inc.,
a California corporation,

**DEFENDANTS**

Coldwater Creek, Inc., a Delaware
corporation

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**

(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Winton & Larson, LLP
Steven W. Winton
11777 Bernardo Plaza Ct., #255
San Diego, CA 92128  858.385.0040

**ATTORNEYS (IF KNOWN)**

'06 CV 1848        JAH JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
(For Diversity Cases Only)                FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|                                   | PT | DEF |                                                        | PT | DEF |
|-----------------------------------|----|-----|--------------------------------------------------------|----|-----|
| Citizen of This State             | ☐1 | ☐1  | Incorporated or Principal Place of Business in This State | ☐4 | ☐4  |
| Citizen of Another State          | ☐2 | ☐2  | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5  |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3  | Foreign Nation                                    | ☐6 | ☐6  |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

Trademark Infringement (15 U.S.C. §1125(a), and copyright infringement
(15 U.S.C. §1125(a), and related claims arising from copying of plaintiff's products.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC811 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See instructions):**   JUDGE See attachment    Docket Number See attachment

DATE September   , 2006    SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

/2 9208  $350  Sec 9/12/06

```
          UNITED STATES
          DISTRICT COURT
      Southern District of California
          San Diego Division

        #  129208  —  A1
      September 12, 2006


  Code      Case #      Qty    Amount

CV086900 3-06-CV-1848          60.00 CH
  Judge    - HOUSTON
CV086400                      100.00 CH
CV510000                      190.00 CH


  Total->               350.00


FROM: CIVIL FILING
      BRIGHTON COLLECTIBLES INC  V.
      COLDWATER CREEK INC.
      BC# 5121 SH
```