```
WINTON & LARSON, LLP
Steven W. Winton (State Bar No. 114425)
11770 Bernardo Plaza Court, Suite 255
San Diego, CA 92128
Tel. (858) 385-0040 / Fax (858) 385-0050

BROWNE WOODS & GEORGE LLP
Peter W. Ross (State Bar No. 109741)
Marta B. Almli (State Bar No. 177306)
450 North Roxbury Drive, Seventh Floor
Beverly Hills, California 90210-4231
Tel. (310) 274-7100 / Fax (310) 275-5697

LAW OFFICES OF GARY FREEDMAN
Gary Freedman (State Bar No. 49922)
1149 Third Street, Suite 200
Santa Monica, California 90403
Tel. (310) 576-2444 / Fax (310) 576-2440
```

Attorneys for Plaintiff Brighton Collectibles, Inc.

FILED
06 OCT 18 PM 1:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 06 CV 1848 JAH JMA  (H)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER**<br><br>[SDCA Rule 12.1] |

153635.1

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER

1  WHEREAS:

2  Plaintiff Brighton Collectibles, Inc. ("Brighton") has filed the instant action
3  accusing Defendant Coldwater Creek, Inc. ("Coldwater") of copyright infringement,
4  trade dress infringement, false designation of origin, common law unfair competition,
5  and statutory unfair competition.

6  Coldwater has filed a parallel declaratory judgment action in the United States
7  District Court for the District of Idaho, Case No. CV-06-355, seeking a declaration of
8  non-infringement of Brighton's copyrights, a declaration of non-infringement of
9  Brighton's trade dress, a declaration of no false designation of origin, and a
10 declaration of no unfair competition (the "Idaho action").

11 Coldwater has filed a motion to dismiss, stay, or transfer the instant action in
12 favor of the Idaho action, which is on calendar to be heard on November 20, 2006.

13 Brighton will file, on or before October 24, 2006, a motion to dismiss or stay
14 the Idaho action in favor of the instant action, which will be set for hearing in
15 accordance with the Rules and practice of that District.

16 Coldwater has given Brighton an extension of time to answer in the Idaho
17 action until ten days after Brighton's motion to stay or transfer shall have been
18 denied.

19 Brighton wishes to give Coldwater a reciprocal extension of time to answer in
20 the instant action.

21

22 NOW THEREFORE:

23 In order to avoid duplicative practice in this District and the District of Idaho to
24 the extent possible, IT IS HEREBY STIPULATED that, subject to Court approval
25 below, Coldwater may have an extension of time to answer the complaint up to and
26      //
27      //
28      //

153635.1

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER

1  including the tenth calendar day after Coldwater's motion to dismiss, stay, or transfer
2  shall have been denied.

3  Dated: October 16, 2006        WINTON & LARSON, LLP
4                                 Steven W. Winton

5                                 BROWNE WOODS & GEORGE LLP
                                  Peter W. Ross
6                                 Marta B. Almli

7                                 LAW OFFICES OF GARY FREEDMAN
                                  Gary Freedman
8

9                                 By  /s/ Steven W. Winton
10                                    Steven W. Winton

11                                Attorneys for Plaintiff Brighton Collectibles, Inc.

12

13  Dated: October 16, 2006        SOLOMON WARD SEIDENWURM & SMITH, LLP
14                                 Alison L. Pivonka

15                                 BRANN & ISAACSON
                                   Peter J. Brann
16                                 Stacy O. Stitham

17

18                                By  /s/ Alison L. Pivonka
19                                    Alison L. Pivonka

20                                Attorneys for Defendant Coldwater Creek, Inc.

21                                    ORDER

22      In order to avoid duplicative practice in this District and the District of Idaho to
23  the extent possible, IT IS HEREBY ORDERED that Coldwater shall have an
24  extension of time to answer the complaint up to and including the tenth calendar day
25  after Coldwater's motion to dismiss, stay, or transfer shall have been denied.

26

27  Dated: 10/18/06                _____
28                                 Hon. Marilyn L. Huff

163836.1
                                -3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER

| | |
|---|---|
| 1 | WINTON & LARSON, LLP |
| | Steven W. Winton (SBN: 114425) |
| 2 | 11770 Bernardo Plaza Court, Suite 255 |
| | San Diego, California 92128 |
| 3 | Telephone: (858) 385-0040 |
| 4 | BROWNE WOODS & GEORGE, LLP |
| | Peter W. Ross (SBN: 109741) |
| 5 | Marta B. Almli (SBN: 177306) |
| | 450 North Roxbury Drive, Seventh Floor |
| 6 | Beverly Hills, California 90210-4231 |
| | Telephone: (310) 274-7100 |
| 7 | |
| 8 | LAW OFFICES OF GARY FREEDMAN |
| | Gary Freedman (SBN: 49922) |
| | 1149 Third Street, Suite 200 |
| 9 | Santa Monica, California 90403 |
| | Telephone: (310) 576-2444 |
| 10 | |
| 11 | Attorneys for Plaintiff BRIGHTON COLLECTIBLES, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a California corporation, | Case No. 06 CV 1848 JAH JMA |
| Plaintiff, | **CERTIFICATE OF SERVICE OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER** |
| vs. | |
| COLDWATER CREEK, INC., a Delaware corporation; and Does 1 through 10, inclusive, | |
| Defendants. | |

I, MagdaLena Chavez, declare that I am employed in San Diego, California, by the Law Office of Winton & Larson, LLP. I am over the age of 18 years and not a party to the cause for which this declaration is made. My business address is 11770 Bernardo Plaza Court, Suite 255, San Diego, California 92101.

On October 17, 2006, I caused to be served, the following document(s):

**Stipulation and [Proposed] Order Extending Time to Answer**

by depositing a copy thereof in a separate envelope for each of the addressees, respectively, as follows:

| | |
|---|---|
| Peter W. Ross<br>Marta Almli<br>BROWNE WOODS & GEORGE, LLP<br>450 North Roxbury Drive, Seventh Floor<br>Beverly Hills, California 90210 | Gary Freedman<br>LAW OFFICES OF GARY FREEDMAN<br>1149 Third Street, Suite 200<br>Santa Monica, California 90403 |
| Alison L. Pivonka<br>SOLOMON WARD SEIDENWURM & SMITH<br>401 "B" Street, Suite 1200<br>San Diego, California 92101 | Peter J. Brann (Pro Hac Vice Pending)<br>Stacy O. Stitham (Pro Hac Vice Pending)<br>BRANN & ISAACSON<br>184 Main Street<br>P.O. Box 3070<br>Lewiston, ME 04243-3070 |

Executed _____October 17, 2006_____

Signature: _____[signature]_____

E:\Client\10144\04\Pleadings\POS.wpd               —2—

**CERTIFICATE OF SERVICE OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER**