ORIGINAL

FILED
NOV 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br>COLDWATER CREEK, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 06-CV-1848 H (POR)<br><br>SPECIAL VERDICT |

We, the jury in the above entitled cause, find the following on the questions submitted to us:

1. Has plaintiff Brighton proved by a preponderance of the evidence its claim against defendant Coldwater for trade dress infringement?

    Yes __X__  No _____

2. Has plaintiff Brighton proved by a preponderance of the evidence its claim against defendant Coldwater for false designation of origin?

    Yes __X__  No _____

3. Has plaintiff Brighton proved by a preponderance of the evidence its claim against defendant Coldwater for common law unfair competition?

    Yes __X__  No _____

4.  If you answered "No" to each question from 1 to 3, proceed to question No. 5. If you answered "yes" to any or all of questions 1, 2 and 3, then answer the following:

   a. What is the total amount of plaintiff Brighton's actual damages, if any, resulting from the trade dress infringement, false designation of origin, or unfair competition?

   $ 2,652,000.

   b. As an alternative, what is the total amount of Coldwater's profits, if any, resulting from the trade dress infringement, false designation of origin, or unfair competition?

   $ 675,000.

   c. Do you find that the trade dress infringement or false designation of origin was willful?

   Trade dress                 Yes __X__      No _____
   False designation of origin Yes __X__      No _____

   d. Do you find by clear and convincing evidence that Coldwater engaged in unfair competition with malice, fraud or oppression?

   Yes __X__      No _____

5. Has plaintiff Brighton proved by a preponderance of the evidence its claim against defendant Coldwater for infringement of the "Carolina" copyright?

   Yes __X__      No _____

   If "yes", answer the following question: If "no," sign and date the verdict.

   a. What is the total amount of Brighton's actual damages, if any, resulting from this copyright infringement?

   $ 3,241,000.

   b. What is the total amount of Coldwater's profits, if any, resulting from this copyright infringement?

   $ 824,000.

1  c. Do you find that the infringement was willful?
2     Yes __X__   No _____
3  d. As an alternative to actual damages and profits, what do you find to be the
4     appropriate amount of statutory damages, if any, for plaintiff Brighton to
5     recover for the copyright infringement?
6     $ ___-0-___

6. If you found damages for trade dress, false designation of origin or unfair competition (Question #4) and copyright infringement (Question #5) answer the following:

What amount, if any, of damages, if any, overlap or duplicate the total damages awarded?

$ ___-0-___

Please date, sign and return this form.

Dated: _11-21-_____, 2008

_____
Foreperson