ORIGINAL



1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11   BRIGHTON COLLECTIBLES, INC.,          CASE NO. 06-CV-1848 H (POR)
     a California corporation,
12                                          SPECIAL VERDICT
                             Plaintiff,
13          vs.
     COLDWATER CREEK, INC., a
14   Delaware corporation,

15                           Defendant.

16

17          We, the jury in the above entitled cause, find the following on the questions

18   submitted to us:

19          1.    Do you award any punitive damages against Coldwater Creek, Inc.?

20                Yes _____    No  X_____

21   If no, sign and date the form.

22          2.    If yes, what amount do you award, if any.

23                $_____

24   Please date, sign and return this form.

25   Dated: _11 – 21 –_____, 2008

26                                    _Alecia DuFrene-Lloyd_
                                            Foreperson
27

28