# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a California corporation,<br><br>                       Plaintiff,<br>  vs.<br>COLDWATER CREEK INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                       Defendant. | **CASE NO. 06-CV-01848-H (POR)**<br><br>**JUDGMENT** |

### Judgment

Pursuant to the Court's May 20, 2008 Order and the Jury's November 21, 2008 special verdict in this case, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of the plaintiff Brighton Collectibles, Inc. ("Brighton") and against defendant Coldwater Creek Inc. ("Coldwater") as follows:

Liability

1.     Coldwater is liable for willfully committing trade dress infringement and false designation of origin.

2.     Coldwater is liable for willfully infringing upon Brighton's Carolina heart copyright, federal copyright registration number VA 972-295.

/ / /

/ / /

3. Coldwater is liable for engaging in common law unfair competition with malice, fraud, and/or oppression.

4. Coldwater is liable for violating California Business & Professions Code section17200.

5. Coldwater is not liable for infringing upon Brighton's "Brighton Scroll" copyright, federal copyright registration number VA 1-389-015.

## Monetary Relief

6. Brighton shall have and recover against Coldwater actual damages on the trade dress, false designation, common law unfair competition, and California Business & Professions Code section 17200 claims in the amount of $2,652,000.

7. Brighton shall have and recover against Coldwater actual damages on the copyright infringement claim in the amount of $3,241,000.

8. Brighton shall have and recover against Coldwater wrongful profits from Coldwater's copyright infringement in the amount of $824,000.

9. Brighton shall have and recover against Coldwater reasonable attorneys fees and costs.

10. The judgment shall bear postjudgment interest at the legal rate until paid.

## Injunctive Relief

11. Coldwater and its officers, directors, servants, employees, attorneys, agents, representatives, partners, joint venturers and all persons in active concert or participation with it are permanently enjoined from:

> A. designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting luggage, handbags, wallets, brief bags and/or accessories that display the following trade dress: jacquard fabric, leather embossed to resemble crocodile and a sculpted silver heart ornament combined in a manner that is confusingly similar to the look of the Brighton "jacquard collection" depicted in the attached copy of Trial Exhibit 326; and/or

///

B. designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising or promoting any products that incorporate designs substantially similar to Brighton's copyrighted "Carolina Heart" hardware design; and/or

C. representing or implying, directly or indirectly, to retailers, customers, distributors, licensees, or any other customers or potential customers of Coldwater's products that Coldwater's products originate with, are sponsored, endorsed, or licensed by, or are otherwise associated or affiliated with Brighton.

DATED: January 28, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT